IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiafan Chen<br><br>       *Plaintiff*,<br><br>v.<br><br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>       *Defendants*. | Case No. 25-mc-485<br><br>Order |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SEAL**

  Upon consideration of Plaintiff's Motion to Seal, the Court finds that good cause exists for granting the motion. The materials sought to be sealed contain sensitive information, including but not limited to confidential exhibits identifying Defendants, screenshots of infringing storefronts, and related documents that, if publicly disclosed, would likely prejudice Plaintiff's enforcement efforts and enable Defendants to evade jurisdiction and asset restraints.

Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion to Seal is GRANTED IN PART; and it is further

**ORDERED** that the case will be partially sealed, with access restricted to the Court and parties unless otherwise ordered

**ORDERED** that Plaintiff may publicly file redacted versions of the sealed documents that omit only the confidential information described above.

SO ORDERED.

Dated:  10/31  , 2025

New York, NY

*Plaintiff shall file the complaint publicly with only the patent number and Schedule A redacted.*

_____
LEWIS J. LIMAN, United States District Judge